**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anthony John Obara aka Anthony John Obara, Jr.

                Debtor(s)

CHAPTER 13

BKY. NO. 26-11553 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NewRez LLC and index same on the master mailing list.

              Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
20 Apr 2026, 18:44:14, EDT

              KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 574c866cf431598675dac8e582b9ceb7858e8397fefb41c2c4f9f71f5e8fb7db