**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE: Anthony John Obara           :        Chapter 13
                                 :        No.     26-11553-amc
                                 :

## ORDER

AND NOW, this 1st day of May , 2026, upon consideration of the within Motion to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before May 12 , 2026.

**Ashely M. Chan,**
**Chief Judge**
**United States Bankruptcy Court**