United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-11553-amc

Anthony John Obara                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                     Page 1 of 1

Date Rcvd: May 01, 2026                       Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID                Recipient Name and Address**
db                    +  Anthony John Obara, 901 Brandywine Creek Rd, Coatesville, PA 19320-5238

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:

**Name                      Email Address**

ANTHONY A. FRIGO
                          on behalf of Debtor Anthony John Obara anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                          on behalf of Creditor NewRez LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MICHAEL G. LOUIS
                          on behalf of Michael G. Louis mlouis@macelree.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE: Anthony John Obara                 :         Chapter 13
                                          :         No.     26-11553-amc
                                          :

**ORDER**

AND NOW, this 1st day of   May        , 2026, upon consideration of the within Motion
to Extend Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or
before               May 12 , 2026.

**Ashely M. Chan,**
**Chief Judge**
**United States Bankruptcy Court**