UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ANTHONY JOHN OBARA       : CHAPTER 13
           Debtor            : NO.:  26-11553-AMC

ENTRY OF APPEARANCE AND REQUEST
TO BE PLACED ON DISTRIBUTION LIST

      I represent MacElree Harvey, Ltd.  Please enter my appearance, place my name on the distribution list and forward a copy of all notices and papers in the case (including notices specified in Interim Rule 2002) given or required to be given by the Court, the Debtor or any other party to this proceeding to the undersigned at the address stated below.

           MacELREE HARVEY, LTD.

By:_____
      Leo M. Gibbons, Esquire
      Attorney I.D. No. 67267
      Attorney for MacElree Harvey, Ltd.
      17 West Miner Street
      P.O. Box 660
      West Chester, PA  19381-0660
      (610) 436-0100

6949941v1
150216.48040

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ANTHONY JOHN OBARA                 : CHAPTER 13
     Debtor      : NO.:  26-11553-AMC

<u>CERTIFICATE OF SERVICE</u>

   I, Leo M. Gibbons, Esquire, attorney for MacElree Harvey, Ltd., do hereby certify

that a true and correct copy of the foregoing Entry of Appearance and Request to be

Placed on the Distribution List has been served this 13th day of July, 2026, by first

class mail, postage prepaid, upon those listed below:

     Anthony A. Frigo, Esquire
     The Law Offices of Anthony A. Frigo
     175 Strafford Avenue, Suite One
     Wayne, PA 19468

     Kenneth E. West
     Office of the Chapter 13 Standing Trustee
     1234 Market Street, Ste. 1813
     Philadelphia, PA 19107

     United States Trustee
     Office of United States Trustee
     Robert N.C. Nix Federal Building
     900 Market Street
     Suite 320
     Philadelphia, PA 19107

       MacELREE HARVEY, LTD.

       By:_____
        Leo M. Gibbons, Esquire
        Attorney for MacElree Harvey, Ltd.