UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ANTHONY JOHN OBARA                : CHAPTER 13
                     Debtor                : NO.:  26-11553-AMC

ENTRY OF APPEARANCE AND REQUEST
TO BE PLACED ON DISTRIBUTION LIST

I represent MacElree Harvey, Ltd.  Please enter my appearance, place my name

on the distribution list and forward a copy of all notices and papers in the case (including

notices specified in Interim Rule 2002) given or required to be given by the Court, the

Debtor or any other party to this proceeding to the undersigned at the address stated

below.

MacELREE HARVEY, LTD.

By:_____
        Hiruy Y. Berhane, Esquire
        Attorney I.D. No. 327851
        Attorney for MacElree Harvey, Ltd.
        17 West Miner Street
        P.O. Box 660
        West Chester, PA  19381-0660
        (610) 436-0100

6949975v1
150216.48040

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ANTHONY JOHN OBARA       : CHAPTER 13
          Debtor                 : NO.:  26-11553-AMC

CERTIFICATE OF SERVICE

I, Hiruy Y. Berhane, Esquire, attorney for MacElree Harvey, Ltd., do hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request to be Placed on the Distribution List has been served this 13th day of July, 2026, by first class mail, postage prepaid, upon those listed below:

Anthony A. Frigo, Esquire
The Law Offices of Anthony A. Frigo
175 Strafford Avenue, Suite One
Wayne, PA 19468

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street, Ste. 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

MacELREE HARVEY, LTD.

By:_____
Hiruy Y. Berhane, Esquire
Attorney for MacElree Harvey, Ltd.

6949975v1
150216.48040