United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11553-amc

Anthony John Obara Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Sep 08, 2026 Form ID: pdf900 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony John Obara, 901 Brandywine Creek Rd, Coatesville, PA 19320-5238 |
| 15133156 | | MacElree Harvey Ltd, 17 West Miner Street, PO Box 660, West Chester Pa 19381-0660 |
| 15155727 | + | MacElree Harvey, Ltd., 17 W. Miner Street, Box 660, West Chester, PA 19382-3213 |
| 15128845 | + | Macelree, Harvey LTD, 17 W. Miner St., P.O. Box 660, West Chester, PA 19381-0660 |
| 15131843 | + | NewRez LLC, c/o Mathhew Fissel, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 09 2026 05:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 09 2026 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15128842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2026 05:23:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15128843 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 09 2026 05:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15153145 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2026 05:23:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15128844 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 05:33:10 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15139184 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 05:33:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15146790 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 05:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15128846 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 05:23:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15131711 | ^ | MEBN | Sep 09 2026 05:22:39 | NewRez LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15156860 | | Email/Text: mtgbk@shellpointmtg.com | Sep 09 2026 05:23:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15153715 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2026 05:33:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15128847 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2026 05:33:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, |

| | | | |
|---|---|---|---|
| | | | VA 23502 |
| 15128848 | + Email/Text: mtgbk@shellpointmtg.com | Sep 09 2026 05:23:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15128849 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2026 05:33:06 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15156025 | + Email/PDF: ebn_ais@aisinfo.com | Sep 09 2026 05:33:03 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15128850 | + Email/Text: bnc-thebureaus@quantum3group.com | Sep 09 2026 05:23:00 | The Bureaus Inc, Attn: Bankruptcy, 711 N Edgewood Ave Suite 200, Wood Dale, IL 60191-1254 |
| 15153483 | + Email/PDF: ebn_ais@aisinfo.com | Sep 09 2026 05:33:04 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | MacElree Harvey, Ltd, 17 West Miner Street, PO Box 660, West Chester, PA 19381-0660 |
| cr | *+ | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Anthony John Obara anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| HIRUY BERHANE | on behalf of Creditor MacElree Harvey Ltd hberhane@macelree.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEO M. GIBBONS | on behalf of Creditor MacElree Harvey Ltd lgibbons@macelree.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor NewRez LLC msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor NewRez LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |

| | |
|---|---|
| MICHAEL G. LOUIS | on behalf of Creditor MacElree Harvey Ltd mlouis@macelree.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ANTHONY JOHN OBARA<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-11553-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

____________________________________
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge

**Date: September 8, 2026**